UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE FLORES,

Plaintiff,

-against-

RICKISHA THARP, ET AL.,

Defendants.

26 CIVIL 05479 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the July 16, 2026, order, Court dismisses this action because it has been brought in the wrong venue. See 28 U.S.C. § 1406(a). The Court therefore denies Plaintiff's motion for pro bono counsel. (ECF 3.)

SO ORDERED.

Dated: July 20, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge